UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY DEWAYNE LEWIS,<br><br>                Petitioner,<br><br>   v.<br><br>UNITED STATES ATTORNEY GENERAL,<br><br>                Respondent. | Civil Action 08-00198 (HHK) |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is this 8th day of February 2008 hereby

**ORDERED** that Respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition herein, file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is further

**ORDERED** that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's Custodian and the named Respondent, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia and the United States Parole Commission.

     **SO ORDERED.**

                                           Henry H. Kennedy, Jr.
                                           United States District Judge